UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

RODNEY JOE LEWIS #319644     CIVIL ACTION NO. 21-cv-889 SEC P

VERSUS     JUDGE ELIZABETH E. FOOTE

WARDEN VANNOY     MAGISTRATE JUDGE HORNSBY

## J U D G M E N T

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein [Record Document 20], and having thoroughly reviewed the record, no written objections having been filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that Petitioner's petition for writ of habeas corpus [Record Document 1] is **DENIED**.

Rule 11 of the Rules Governing Section 2254 Proceedings for the U.S. District Courts requires the district court to issue or deny a certificate of appealability when it enters a final order adverse to the applicant. The Court, after considering the record in this case and the standard set forth in 28 U.S.C. Section 2253, denies a certificate of appealability. Jurists of reason would not find it debatable whether the petition states a valid claim of the denial of a constitutional right and whether this court was correct in its procedural ruling. *See Slack v. McDaniel*, 120 S.Ct. 1595, 1604 (2000).

**THUS DONE AND SIGNED** at Shreveport, Louisiana, this the 5th day of October 2023.

ELIZABETH E. FOOTE
UNITED STATES DISTRICT JUDGE